IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHANE HARRINGTON,<br><br>                    Plaintiff,<br><br>vs.<br><br>HALL COUNTY BOARD OF<br>SUPERVISORS, et al.,<br><br>                    Defendants. | 4:15-CV-3052<br><br>**ORDER** |

This matter is before the Court on the parties' Stipulation of Dismissal Against Defendant JEO Consulting Group, Inc. Only (filing 110). The motion will be granted.

IT IS ORDERED:

1.  The Stipulation of Dismissal Against Defendant JEO Consulting Group, Inc. Only (filing 110) is granted.

2.  The claims asserted between the plaintiff and JEO Consulting Group, Inc. in this case only are dismissed without prejudice.

3.  The parties shall bear their own costs and fees with respect to those claims.

4.  JEO Consulting Group, Inc. is terminated as a party to this case.

Dated this 27th day of August, 2015.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge