IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHANE HARRINGTON,<br><br>            Plaintiff,<br><br>      vs.<br><br>HALL COUNTY BOARD OF<br>SUPERVISORS,  et. al;<br><br>            Defendants. | 4:15CV3052<br><br>**ORDER** |

Defendants have moved to dismiss, (see filing nos. 46, 57, 69, 71, and 73), and after the briefing on those motions was nearly complete, the plaintiff file motions to file an amended complaint. (Filing Nos. 78 & 114). The defendants oppose Plaintiff's motions to amend for reasons already set forth in their arguments on the motions to dismiss.

To promote the purpose of the federal rules (see Fed.R.Civ.P 1), as more fully explained on the record during the conference call held on August 27, 2015, (Filing No. 119), Defendants may but they need not file a response to the motions to amend. Plaintiff's motions to amend and supporting evidence and brief, (Filing Nos. 78 & 114), will be considered along with and as part of his response to Defendants' motions to dismiss.

Accordingly,

IT IS ORDERED:

1)   Defendants' briefs on their motions to dismiss will be considered as also filed in opposition to Plaintiff's motions to amend. Any additional response the defendants may want to file in response to Plaintiff's motions to amend, (Filing Nos. 78 & 114), shall be filed on or before September 1, 2015.

2)   On or before September 4, 2015, Plaintiff may file a reply in support of his motions to amend.

3)   As of midnight on September 4, 2015, this case is stayed pending the court's ruling on Defendants' motions to dismiss and Plaintiff's motions to amend.

August 30, 2015.                                              BY THE COURT:
                                                                          *s/ Cheryl R. Zwart*
                                                                          United States Magistrate Judge