IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHANE HARRINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>HALL COUNTY NEBRASKA, et al.,<br><br>Defendants. | 4:15-CV-3052<br><br>MEMORANDUM AND ORDER |

This matter is before the Court on the Magistrate Judge's Findings and Recommendation (filing 142) recommending that the Court deny the plaintiff's motion to amend his complaint (filing 135).

Neither party has objected to the Magistrate Judge's recommendation. Title 28 U.S.C. § 636(b)(1) provides for de novo review of a Magistrate Judge's findings or recommendations only when a party objects to them. *Peretz v. United States,* 501 U.S. 923 (1991). Failure to object to a finding of fact in a Magistrate Judge's recommendation may be construed as a waiver of the right to object from the district court's order adopting the recommendation of the finding of fact. NECivR 72.2(f). And the failure to file an objection eliminates not only the need for de novo review, but any review by the Court. *Thomas v. Arn,* 474 U.S. 140 (1985); *Leonard v. Dorsey & Whitney LLP,* 553 F.3d 609 (8th Cir. 2009); *see also United States v. Meyer,* 439 F.3d 855, 858-59 (8th Cir. 2006).

Accordingly, the Court will adopt the Magistrate Judge's recommendation that the defendant's motion to amend be denied.

IT IS ORDERED:

1.  The Magistrate Judge's Findings and Recommendation (filing 142) are adopted.

2.  The plaintiff's motion to amend (filing 135) is denied.

3.  Pursuant to this memorandum and order, and the memorandum and order (filing 132) previously entered in this case, this matter is dismissed.

4.  A separate judgment will be entered.

Dated this 19th day of July, 2016.

BY THE COURT:

_____
John M. Gerrard
United States District Judge